# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 3:20cr026** |
| Plaintiff, | : | **JUDGE WALTER H. RICE** |
| **v.** | : | |
| **CHARLES LEE FRAZIER** | : | |
| Defendant. | : | |

## ENTRY ORDERING UNSEALING OF PLEA AGREEMENTS (DOC. NOS. 24 & 25); REMAINDER OF CASE REMAINS SEALED PENDING FURTHER ORDER OF THIS COURT

For good cause shown and with Counsel voicing no objections, this Court hereby orders

unsealed the Plea Agreements in the captioned cause (Doc. Nos. 24 & 25). The remainder of the case

file remains sealed, pending further order of this Court.

**IT IS SO ORDERED.**

Walter H. Rice

**WALTER H. RICE, JUDGE**
**UNITED STATES DISTRICT COURT**

c:  Counsel of Record